5

| | |
|---|---|
| 1  WALTER LAW GROUP<br>    a Professional Corporation<br>2  Riley C. Walter #91839<br>    Justin D. Harris #199112<br>3  7110 North Fresno Street, Ste. 400<br>    Fresno, California 93720<br>4  Telephone:  (559) 435-9800<br>    Facsimile:   (559) 435-9868<br>5  E-mail:       rwalter@walterlawgroup.com |  |

6  Attorneys for Alan F. Dorfmeier and Patrick K. Mauldin,
       Debtors in Possession

7

8                IN THE UNITED STATES BANKRUPTCY COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                           FRESNO DIVISION

| | |
|---|---|
| 11  In re | CASE NO. 05-11402-A-11 |
| 12  MAULDIN-DORFMEIER<br>     CONSTRUCTION, INC., a | Chapter 11 |
| 13  California corporation, | DC No. WLG-26 |
| 14       Debtor. | Date:  October 26, 2005<br>Time:  1:30 p.m. |
| 15  Tax ID #:  77-0002686<br>     Address:   3240 North Millbrook | Place: Bakersfield, Dept. A<br>Judge: Honorable Whitney Rimel |
| 16               Fresno, CA 93702 | CASE NO. 05-11567-A-11 |
| 17  In re | Chapter 11 |
| 18  ALAN F. DORFMEIER, | DC No. WLG-20 |
| 19       Debtor and Debtor in<br>     Possession. | Date:  October 26, 2005<br>Time:  1:30 p.m. |
| 20  Tax ID #:  xxx-xx-7260 | Place: Bakersfield, Dept. A |
| 21  Address:   559 E. Mallard Cr. | Judge: Honorable Whitney Rimel |
| 22               Fresno, CA 93720 | CASE NO. 05-11565-A-11 |
| 23  In re | Chapter 11 |
| 24  PATRICK K. MAULDIN, | DC No. WLG-23 |
| 25       Debtor. | |
| 26  Tax ID #:  XXX-XX-4239<br>     Address:   3149 Finley Drive | Date:  October 26, 2005<br>Time:  1:30 p.m. |
| 27               Kingsburg, CA 93631 | Place: Bakersfield, Dept. A<br>Judge: Honorable Whitney Rimel |
| 28 | |

ORDER GRANTING MOTION FOR AUTHORITY TO           —1—
COMPROMISE (St. Paul)

RECEIVED
November 07, 2005
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0000330752



**FINDINGS RELATED TO MOTION FOR AUTHORITY TO COMPROMISE; FOR DISMISSAL OF INDIVIDUAL CASES; CLAIMS ALLOWANCE (ST. PAUL)**

At Fresno, in the Eastern District of California.

The Motion for Authority to Compromise; for Dismissal of Individual Cases: Claims Allowance (St. Paul) filed by all three Debtors was duly heard on October 26, 2005 at 1:30 p.m. pursuant to an order shortening time on notice to all creditors of all three estates. An objection was made by Fireman's Fund which was withdrawn at the hearing.

Prior to the hearing the Court considered the Motion, Brief and Declarations of Patrick Mauldin and Alan Dorfmeier in support of the Motion, the Objection filed by Fireman's Fund, the Response by the moving parties, and the arguments of counsel at the hearing. Appearances were entered by Todd Bailey on behalf of St. Paul Fire and Marine Insurance Company, Michael Lum and James Diwik on behalf of Fireman's Fund Insurance Company, Scott Belden for Mauldin-Dorfmeier Construction, Inc., Riley Walter for Patrick Mauldin and Alan Dorfmeier, and Thomas Armstrong on behalf of the MDC Creditor's Committee.

The Court having reviewed the matter, and good cause appearing, now therefore,

THE COURT HEREBY FINDS AND SET FORTH ON THE RECORD AS FOLLOWS:

1. Due and proper notice of the relief requested was given to the required creditors and parties in interest.

2. Fireman's Fund has withdrawn its Objection and there were no other objections to the relief sought.

3. Notice of the intention to dismiss the individual Chapter 11 cases was adequate and dismissal of said individual Chapter 11 cases is for and in the best interests of creditors of those estates.

4. The compromise attached as Exhibit A to this Order satisfies each of the requirements commenced by the Ninth Circuit Court of Appeals in the A & C Properties, Inc. opinion reported at 784 F.2d 1377 (9th Cir. 1986) and the compromise is for and in the best interests of creditors of all three bankruptcy estates.

5. Good cause exists for approval of the Motion and the relief requested therein.

6. Good cause exists for a waiver of any applicable ten day stays, if any.

7. The approvals to these findings and the concurrently lodged Order Granting Motion for Authority to Compromise; For Dismissal of Individual Cases; Claims Allowance (St. Paul) may be in counterparts.

Dated: November 10, 2005.

Honorable Whitney Rimel
United States Bankruptcy Judge

Approved as to form and content:

McDonough Holland & Allen PC

Todd Bailey, Attorneys for
St. Paul Fire and Marine Insurance Company

11/7/05  3:20 P.M.

Thomas Armstrong, Attorney for
the Creditor's Committee

Sedgwick, Detert, Moran & Arnold

Michael Lum, Attorneys for
Fireman's Fund Insurance Company

ORDER GRANTING MOTION FOR AUTHORITY TO        -3-
COMPROMISE (St. Paul)

872232v1 33763/0019

4. The compromise attached as Exhibit A to this Order satisfies each of the requirements commenced by the Ninth Circuit Court of Appeals in the A & C Properties, Inc. opinion reported at 784 F.2d 1377 (9th Cir. 1986) and the compromise is for and in the best interests of creditors of all three bankruptcy estates.

5. Good cause exists for approval of the Motion and the relief requested therein.

6. Good cause exists for a waiver of any applicable ten day stays, if any.

7. The approvals to these findings and the concurrently lodged Order Granting Motion for Authority to Compromise; For Dismissal of Individual Cases; Claims Allowance ( St. Paul) may be in counterparts.

Dated: November ____, 2005.

_____
Honorable Whitney Rimel
United States Bankruptcy Judge

Approved as to form and content:

McDonough Holland & Allen PC

_____
Todd Bailey, Attorneys for
St. Paul Fire and Marine Insurance Company



_____
Thomas Armstrong, Attorney for
the Creditor's Committee

Sedgwick, Detert, Moran & Arnold

_____
Michael Lurn, Attorneys for
Fireman's Fund Insurance Company

ORDER GRANTING MOTION FOR AUTHORITY TO COMPROMISE (St. Paul)   -3-

872232v1 33763/0019

```
 1  Klein, DeNatale, Goldner, Cooper,
    Rosenlieb & Kimball, LLP
 2
 3        [signature]
 4  Scott Belden, Attorneys for Debtor in
    Possession, Mauldin-Dorfmeier
 5  Construction, Inc.
 6  Submitted by:
 7        [signature]
 8  Riley C. Walter, Attorneys for Debtors
    in Possession, Alan F. Dorfmeier and
 9  Patrick K. Mauldin
10
...
28
```

ORDER GRANTING MOTION FOR AUTHORITY TO COMPROMISE (St. Paul)    -4-

872232v1 33763/0019